IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WANDA HENRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:21-CV-107-WKW |
| ) | [WO] |
| TOMMY GLASSCOCK, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On January 3, 2022, Plaintiff Wanda Henry filed an amended complaint. (Doc. # 40.) Based on the filing of the amended complaint, it is ORDERED that the pending motions to dismiss the original complaint (Docs. # 10, 25) are DENIED as moot.

This action is REFERRED back to the Magistrate Judge pursuant to 28 U.S.C. § 636 for further proceedings and determination or recommendation as may be appropriate.

DONE this 18th day of January, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE