IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WANDA HENRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:21-CV-107-WKW |
| | )                  [WO] |
| ALABAMA STATE | ) |
| DEPARTMENT OF | ) |
| EDUCATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On April 25, 2022, the Magistrate Judge filed a Recommendation (Doc. # 52) to which no timely objections have been filed. Upon an independent review of the record, it is ORDERED as follows:

(1) The Recommendation (Doc. # 52) is ADOPTED;

(2) Defendants' motion to dismiss (Doc. # 41) is DENIED; and

(3) Plaintiff is GRANTED leave to and including **May 31, 2022**, to amend her complaint in compliance with the directives in the Recommendation and with the Federal Rules of Civil Procedure.

DONE this 12th day of May, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE