IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WANDA HENRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:21-CV-107-RAH |
| | ) | |
| TOMMY GLASSCOCK, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

On October 4, 2023, the Magistrate Judge recommended the Motion to Dismiss filed by the individual defendants should be granted. (Doc. 78.) On October 18, 2023, this Court ordered that Plaintiff Wanda Henry may file objections to the Recommendation on or before November 2, 2023. (Doc. 80.) On October 23, 2023, Plaintiff filed a document entitled "Motion to Dismiss Should be Denied," which the Court has construed as Objections. (Doc. 81.)

Throughout the Objections, Plaintiff challenges the Magistrate Judge's recommendation to dismiss the claims against the Alabama State Department of Education. Importantly, the Alabama State Department of Education did not file a motion to dismiss. Consequently, the Magistrate Judge did not recommend that the claims against the Alabama State Department of Education should be dismissed, and as such, Plaintiff's claims against the Alabama State Department of Education remain. The Magistrate Judge, however, did recommend that the claims against the individual defendants in both of their

individual and official capacities should be dismissed.  In her objections, Plaintiff states in bold print that she "is not suing [Eric] Mackey, [Daniel] Boyd, [Tommy] Glasscock, or [Jennifer] Burt in their official or individual capacity in Federal Court" and that "[s]he is only suing The Alabama State Department of Education."  (Doc. 81 at 1.)

Upon an independent review of the record, it is

ORDERED as follows:

1.  The Objections are OVERRULED;

2.  The Recommendation is ADOPTED;

3.  The Motion to Dismiss (Doc. 73) filed by the individual defendants is GRANTED;

4.  The Title VII claims (Counts I, III & IV) against Mackey, Boyd, Glasscock, and Burt are DISMISSED with prejudice;

5.  The state-law claims (Counts II, V, and VI) against Mackey, Boyd, Glasscock, and Burt are DISMISSED without prejudice;

6.  At this juncture, the claims against the Alabama State Department of Education shall proceed. This case is referred back to the Magistrate Judge.

DONE, on this the 27th day of October 2023.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE